IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
MAR 31 2020
BY _____ DEPUTY

JERAME ARELLANEZ
Institutional ID No: 2238106
PLAINTIFF,

v.

OFFICER RAUL MORALES &
OFFICER SEBASTIAN CHAVEZ

DEFENDANTS.

CAUSE NO: EP-19-CV-00187-FM

"Plaintiff's Opposition to Defendants motion to Dismiss"

To the Honorable Judge of said Court:

Comes now Plaintiff, JERAME ARELLANEZ in Pro-Se and FILE this, his motion in opposition to Defendant's motion to Dismiss Plaintiff's First Amended Complaint.

I. motion in opposition

1. Defendant Officer Raul Morales, pursuant to doctrine of qualified immunity should be dismissed as to Plaintiffs Jerame Arellanez First Amended Complaint has sufficiently state a claim, as required by Fed. R. Civ. P. 8 and 12(b)(6), and the United States Supreme Court's decisions in District of Columbia v. Wesby, 138 S. Ct. 577, 589 (2018).

# I. I. Brief in Support

## A. Introduction:

2. Plaintiff Jerome Arellanez, here by submits its opposition to Defendant's motion to Dismiss the Complaint. The Plaintiff Jerome Arellanez Complaint not only meets but exceeds the standards governing the form of a complaint as required by Federal rule of civil procedure 8. Specifically, this court has personal jurisdiction over the Defendant (officer Raul Morales), and the complaint sufficiently alleges causation and harm. Accordingly Defendant (officer Raul Morales) motion should be denied.

## 3. Argument:

Plaintiff Jerome Arellanez alleges that Defendant (officer Raul Morales) used excessive use of force while the Plaintiff was in compliance with said search and Arrest Procedure. The video footage will clearly show that Defendant (officer Raul Morales) was in violation of Plaintiff (Jerome Arellanez) constitutional rights to be free from cruel and unusual punishment. Plaintiff is seeking relief in the form of money damages due to Defendant (officer Raul Morales) Excessive use of

retina detachment causing permanent blindness in the Plaintiffs (Jerome Arellanez) Right Eye.

## III. Conclusion

4. For the foregoing reasons and all the others discussed in Plaintiff's Complaint, the present Motion to Dismiss should be denied.

## CERTIFICATE OF SERVICE

I CERTIFY under PENALTY of PERjURY THAT I SERVED A TRUE AND CORRECT COPY OF THE ATTACHED 1st "EPPEN RUIE" LETTER BY PLACING IT IN THE U.S. MAIL POSTAGE PRE-PAID AND PROPERLY ADDRESSED TO;

CLERK, U.S. OF THE DISTRICT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
525 maGOFFIN AVE, Room 105
El PASO, TEXAS 79901

ON THE 25, DAY OF MARCH 2020

By _____
JERAMIE LEE ARELLANEZ
Institutional I. no. 2033106
986 County Road A.A
PLAINVIEW, TX 79072
Plaintiff Pro-SE

2238106
Jerome Arellanes
Swisher County Jail A.A.
Tulia, TX 79072

Legal

FILED

AMARILLO TX 791
27 MAR 2020 PM 1 L

Clerk, U.S. of the District
Western District of Texas
United States Courthouse
525 Mugoffin Ave. Room 105
El Paso, TX 79901