p.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

JERAME ARELLANEZ
  Plaintiff,

V.                                    CAUSE NO. EP-19-CV-00187-KC-MAT

OFFICER RAUL MORALES
  Defendant,

FILED
MAR 12 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

PLAINTIFF JERAME ARELLANEZ'S RESPONSE TO DEFENDANT OFFICER RAUL MORALES'S REQUESTS FOR PRODUCTION

1. Do not have copies of any statements previously made concerning the subject matter of this lawsuit in my possession, custody, or control.

2. I am not able to produce a copy of my drivers license.

3. I have no copies of any written opinions by expert witness.

4. Copy is enclosed

5. Medical records release enclosed

6. Copy of authorization enclosed

7. Irrelevant

8. I have no access to past W-2 forms

9. I have no access to photographs before or after

10. I do not have copies to any medical bills

11. I have no documents showing my emotional state as a result of the incident.

12. See attached sheet

13. Medical staff at El Paso County Jail & El Paso County Jail Annex. Del-Sol Medical Center staff on Joe Battle on Oct 12, 2017 when El Paso, Tx E.M.S. took plaintiff to Del-Sol for head trauma. The optometrist at Texas Tech in El Paso, Tx on Alameda Dr. for referrals from medical staff at El Paso County Jail Annex for retna detachment & seeing opti

MENT OF DAMAGE AND PERMANENT RIGHT EYE BLINDNESS.

14. I HAVE NO COPIES OF NO STATEMENTS MADE BY ANY EYE WITNESS.
15. I HAVE NO COPIES
16. I HAVE NO RECORDS REGARDING MEDICATION BEING PRESCRIBED
17. PLAINTIFF JEROME ARELLANEZ'S "DISCOVERY VIDEO OF OCTOBER 12, 2017 STILL IN HIS POSSESSION PROVIDED BY JIM DARNELL, P.C. 310 NORTH MESA, SUITE 212 EL PASO, TX 79901. ON JUNE 17, 2020.

(p.3)

REGARDING #12 of PLAINTIFF JEREMY ARELLANEZ's response to DEFENDANT OFFICER RAUL MORALES First Request For Production.

Gross $20 per hour x 40hrs = $800

$800 x 52 weeks = $41,600

2022 to 2043 = 21 years lost wages at $41,600 per year = $873,000

Plaintiff JERAME ARELLANEZ's response to Defendant Officer Raul Morales and his Attorney Jim Darnell, P.C. request for "Authorization for release of personal records."

Plaintiff JERAME ARELLANEZ is being denied council and don't feel comfortable answering these questions without an attorney. Plaintiff ARELLANEZ does not see what his work history or previous insurance records etc. has to do with being assaulted by Defendant Officer Raul Morales. Violation of his civil rights.

Plaintiff JERAME ARELLANEZ's response to Defendant Officer Raul Morales and his Attorney Jim Darnell request for copy of tax return. Plaintiff ARELLANEZ feels this is irrelevant. Form 4506 request for copy of tax return.

## CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY that I SERVED A TRUE AND CORRECT COPY OF THE ATTACHED 1st "GOLDEN RULE" LETTER BY PLACING IT IN THE U.S. MAIL POSTAGE PRE-PAID AND PROPERLY ADDRESSED TO;

CLERK, U.S. OF THE DISTRICT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
525 MAGOFFIN AVE. room.105
EL PASO, TX 79901

on the 9th DAY OF MARCH 2021

BY  /s/ J. Arellano
JERAME LEE ARELLANEZ
Institutional I.D. no: 2232106
998 County Road A.A.
PLAINVIEW, TX 79072
Plaintiff in Pro-Se

Jenann E Alluan 82 # 2238606
698 County Road A.A.
Plainview, TX 79072

LEGAL MAIL

AMARILLO TX 791
09 MAR 2021 PM 2 T



Clerk, U.S. District Court
Western District of Texas
United States Courthouse
525 Magoffin Ave, Room 105
El Paso, TX 79901

RECEIVED
MAR 12 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK