UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION



| | |
|---|---|
| JEROME ARELLANEZ, | §§§ |
| Plaintiff, | § |
| v. | § EP-19-CV-00187-FM |
| RAUL MORALES, | §§§ |
| Defendant. | §§ |

## ORDER OF RECUSAL

The court considers the status of the cause. This cause inadvertently escaped this court's conflict check. Pursuant to its standing order regarding cases involving the El Paso Police Department, the court recuses itself from this cause.

Accordingly, it is **HEREBY ORDERED** that the above-referenced cause be **RETURNED** to the District Clerk's office for random assignment to another U.S. District Judge in the El Paso Division for final disposition.

**SIGNED AND ENTERED** this **15th** day of **April 2021**.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

1