# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **JERAME ARELLANEZ,** § | | |
| Institutional ID No.: 2238106 § | | |
| § | | |
| Plaintiff, § | | |
| v. § | | 3:19-CV-187-KC-LS |
| § | | |
| **RAUL MORALES,** § | | |
| § | | |
| Defendant. § | | |

## REPORT OF MEDIATION

Judge Schydlower conducted the court-ordered mediation on June 9, 2021. The incarcerated *pro se* plaintiff participated by phone, and the defendant and counsel participated by Zoom. The case did **NOT** settle.

**SIGNED** and **ENTERED** June 10, 2021.

_____
**LEON SCHYDLOWER**
**UNITED STATES MAGISTRATE JUDGE**