In the United States District Court
for the Western District of Texas
El Paso Division

Jerame Arellanez, (pg. 1)
   Plaintiff,

v.                          No. EP-19-CV-00187-KC-MAT

El Paso Police Officer
Raul Morales; And
El Paso Police Officer
Sebastian Chavez,
                 Defendants,

FILED
AUG 26 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Plaintiff Jerame Arellanez Response to "Order Extending Discovery Deadline; Setting Status Hearing".

To the Honorable Judge of said Court:

Now comes Plaintiff Jerame Arellanez in Pro-se. On July 22, 2021 Defendant Raul Morales and his Attorney Jim Darnell, P.C. filed with their second motion to extend Discovery Deadline ("motion") (ECF no. 120) Defendant Officer Raul Morales and his Attorney Jim Darnell, P.C. requests the Court to "Extend the Discovery Deadline until Plaintiff Jerame

Arellanez is available for a "deposition" zd at 3-4. Defendant also "seeks" to extend the Discovery deadline for purposes to taking Plaintiff's deposition and any expert depositions which may arise as Plaintiff begins to produce his medical records.

On July 9, 2021" ZL Plaintiff Jerame Arellanez mailed a copy of my medical records to Defendant Officer Raul Morales and his Attorney Jim Darnell, P.C. Attorneys and Counselors at Law Suite 212 310 N. Mesa Street El Paso, TX 79901 along with a "First Golden Rule Letter". Plaintiffs medical records were mailed to him by request from University Medical Center 4801 East Overland El Paso TX 79901. Plaintiff Jerame Arellanez had his first "Zoom/Audio mediation June 9, 2021 at 8:30am MT (9:30 Am CT) here at Segovia Unit Texas Department of Criminal Justice.

the LAW LIBRARY with Leon Schydlower United States Magistrate Judge, with no problems...

Signed And entered this 19th day of August, 2021

By J. Any
Jerame Lee Orellanez
Institutional Id. No: 2238106
1201 El Cibolo Rd.
Edinburg, Tx 78542


PLAINTIFF IN PRO-SE

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served a true and correct copy of the attached 1st "Golden Rule" Letter by placing it in the U.S. Mail postage pre-paid and properly addressed to:

Clerk, U.S. District Court
Western District of Texas
United States Courthouse
525 Magoffin Ave, Room 105
El Paso, TX 79901

on the 19th day of August, 2021

By [signature]
Jerame Lee Arellanez
Institutional Id. no: 2238106
1201 El Cibolo Rd.
Edinburg, TX 78542
Plaintiff in Pro-Se



Shane Arellanez #1238106
1201 El Cibolo Rd.
Edinburg, TX 78542

LEGAL MAIL

FILED
AUG 26 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY CLERK

Clerk, U.S. District Court
Western District of Texas
United States Courthouse
525 Magoffin Ave, Room 105
El Paso, TX 79901