# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| JEROME ARELLANEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-19-CV-187-KC |
| | § | |
| RAUL MORALEZ and SEBASTIAN CHAVEZ, | § § § | |
| | § | |
| Defendants. | § | |

## SECOND AMENDED SCHEDULING ORDER

On this day, the Court sua sponte considered the above-captioned case. On August 30, 2021, the Magistrate Judge extended the parties' dispositive motion and discovery deadlines until the parties provided more information about the status of Plaintiff's deposition. ECF No. 127. On November 2, 2021, Defendant Raul Morales filed notice that he intended to take Plaintiff's deposition within the next thirty days. ECF No. 134. The Court later received notice that this deposition was scheduled for January 7, 2022, ECF No. 143, but that it was cancelled because Plaintiff was placed in quarantine after testing positive for COVID-19, ECF No. 145.

Since then, and as recently as March 3, 2022, Plaintiff has repeatedly filed notice stating that he is waiting for Defendant to reschedule his deposition. *See, e.g.*, ECF No. 151. The Court accordingly orders the following deadlines for the resolution of this case:

Defendant's Deadline to Depose Plaintiff:   April 14, 2022

Discovery Deadline:   May 31, 2022

Dispositive Motions Deadline:   June 29, 2022

United States Magistrate Judge Miguel A. Torres shall continue to handle all pretrial matters in this case.

**SO ORDERED.**

SIGNED this 15th day of March, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE