**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JEROME ARELLANEZ,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **NO. EP-19-CV-00187-KC-MAT** |
| | § | |
| **RAUL MORALES,** | § | |
| *Defendant.* | § | |
| | § | |

<u>**ORDER**</u>

Before the Court is Plaintiff's Witness List (ECF No. 156) and attachments (ECF Nos. 156-1—153-3). Plaintiff disclosed his medical records which were docketed as "Attachment 1." *See* (ECF No. 156-1).  In his Witness List, Plaintiff writes that defense counsel "is requesting copies of Plaintiff's medical record[s][,] photos and names . . . I am sending him the information he is requesting." (ECF No. 156 p. 1). Plaintiff specifically discusses the medical records later in his filing. *Id.* at 3-4.

The Court notes that Plaintiff's medical records were initially sealed by the clerk's office and unavailable for the parties and the Court to view. Given Plaintiff's express intention to disclose these records to opposing counsel and Court through this filing, the Court directs the following:

The Court **ORDERS** that Plaintiff's medical records disclosure (ECF No. 156-1) shall be **UNSEALED** in the record.

**SIGNED** and **ENTERED** this ___7th___ day of June, 2022.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE